UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, *et al.*,<br><br>*Debtors.* | Chapter 11<br><br>Jointly Administered<br>Case No. 02-2250<br>Judge S. Martin Teel, Jr. |
| SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>PAUL TUFT, MELVIN REDMAN, STEVE DIETLIN, ERICH MOUNCE, DONNA TALBOT, SUSAN ENGELHARD, REBECCA PARRETT, GEORGE KRAUS, JOHN DOE, EPSTEIN BECKER & GREEN P.C. AND KUTAK ROCK LLP.,<br><br>*Defendants.* | Adv. Proc. No. 04-10459<br><br><br>Misc. Case No. 1:05MS00208 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO KUTAK ROCK LLP'S REPLY REGARDING KUTAK'S MOTION TO WITHDRAW THE REFERENCE FROM THE BANKRUPTCY COURT**

**[RELIEF SOUGHT FROM THE DISTRICT COURT][1]**

Plaintiff, as Trustee for The DCHC Liquidating Trust (the "Trust"), moves this Court for leave to file a Surreply (attached as Exhibit A) to Defendant Kutak Rock LLP's Reply to the Trust's Objection to the Motion to Withdraw the Reference from the Bankruptcy Court. This

---

[1] This Motion was mistakenly filed in the Bankruptcy Court on June 9, 2005.

proposed Surreply is necessary to advise the Court of certain developments that render the Motion to Withdraw moot, and to the extent this Court does not dismiss based on mootness, to address new arguments raised in the Reply. In further support, the Trust states as follows:

## PROCEDURAL HISTORY

1. On November 19, 2004, the Trust filed its Complaint (the "Complaint") against Kutak and nine other defendants.

2. On March 10, 2005, Kutak filed its Motion to Withdraw with respect to the Complaint arguing that (i) the Complaint was not a core proceeding and (ii) judicial economy called for withdrawal. On that same date, Kutak filed its Motion to Dismiss the Complaint.

3. On April 15, 2005, the Trust filed its Opposition to the Motion to Withdraw. On that same date, the Trust filed its Amended Complaint (the "Amended Complaint").

4. On May 11, 2005, Kutak filed its Reply Memorandum in Support of its Motion to Withdraw (the "Reply").

5. On June 1, 2005, Kutak filed a "Supplemental Motion to Dismiss" the Amended Complaint, *but* did not file a motion to withdraw the reference with respect to the Amended Complaint.

## REQUESTED RELIEF

6. The Trust moves this Court for leave to file a Surreply to inform the Court of certain developments that render the Motion to Withdraw moot and to address several new arguments presented by Kutak in the Reply. These arguments are more fully addressed in the proposed Surreply, incorporated into this Motion by reference and summarized as follows.

7. The Motion to Withdraw is moot because it seeks withdrawal of a complaint that has been amended and superceded, and no subsequent motion to withdraw the Amended Complaint has been timely filed.

8. The Reply raises several new arguments not presented in Kutak's Motion to Withdraw, including the following:

- Six of the counts in the Amended Complaint are time-barred.

- The Trust's claims made pursuant to the Bankruptcy Code section 544(a) are not "core" bankruptcy matters.

Each of these arguments was presented for the first time in the Reply. Accordingly, the Trust avers that it should be provided the opportunity to address Kutak's new contentions.

WHEREFORE, the Trust respectfully requests that the Court grant it leave to file the Surreply, attached as <u>Exhibit A</u>, with respect to Kutak's Motion to Withdraw.

Dated: June 13, 2005

Respectfully submitted,

WHITE & CASE LLP

By: _____
Sam J. Alberts (D.C. Bar No. 443260)
Lucius B. Lau (D.C. Bar No. 446088)
Jeffrey E. Schmitt (D.C. Bar No. 490013)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Sam J. Alberts,*
*Trustee for The DCHC Liquidating Trust*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of June, 2005, I caused to be served a true and correct copy of "PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO KUTAK ROCK LLP'S REPLY REGARDING KUTAK'S MOTION TO WITHDRAW THE REFERENCE FROM THE BANKRUPTCY COURT" by first-class mail upon:

F. Joseph Warin, Esq.
Michael J. Edney, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(Counsel to Kutak Rock LLP)

Daniel J. Carrigan, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
(Counsel to Epstein Becker & Green PC)

Neil J. Dillof, Esq.
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
(Counsel to Epstein Becker & Green PC)

Mark D. Bogard, Esq.
Jaburg & Wilk, PC
3200 N. Central Avenue
Phoenix, AZ 85012
(Counsel to Melvin Redman)

J. Christian Word
Latham & Watkins LLP
Two Freedom Square
11955 Freedom Drive, Suite 500
Reston, VA 20190-5651
(Counsel to Rebecca Parrett)

John A. Freedman
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004
(Counsel to Paul Tuft, Steve Dietlin, Erich Mounce,
Donna Talbot, Susan Engelhard)

George H. Krauss
1214 Howard St., #202
Omaha, NE 68102-2844

_____
Jeffrey E. Schmitt