UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, *et al.*,<br><br>    *Debtors.* | Chapter 11<br><br>Jointly Administered<br>Case No. 02-2250<br>Judge S. Martin Teel, Jr. |
| SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST,<br><br>    *Plaintiff,*<br><br>    v.<br><br>PAUL TUFT, MELVIN REDMAN, STEVE DIETLIN, ERICH MOUNCE, DONNA TALBOT, SUSAN ENGELHARD, REBECCA PARRETT, GEORGE KRAUS, JOHN DOE, EPSTEIN BECKER & GREEN P.C. AND KUTAK ROCK LLP.,<br><br>    *Defendants.* | Adv. Proc. No. 04-10459<br><br><br><br>Misc. Case No. 1:05MS00208 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE**

**TO FILE SURREPLY TO KUTAK ROCK LLP'S MOTION TO WITHDRAW THE REFERENCE FROM THE BANKRUPTCY COURT**

Upon consideration of Sam J. Alberts, Trustee for the DCHC Liquidating Trust's Motion (the "Motion") for Leave to File Surreply to Kutak Rock LLP's Motion to Withdraw the Reference from the Bankruptcy Court, it is hereby

ORDERED that Plaintiff's Surreply To Kutak Rock LLP's Motion To Withdraw The Reference From The Bankruptcy Court attached as Exhibit A to the Motion is deemed to be filed as of the date hereof.

cc: F. Joseph Warin, Esq.
Michael J. Edney, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(Counsel to Kutak Rock LLP)

Daniel J. Carrigan, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
(Counsel to Epstein Becker & Green PC)

Neil J. Dillof, Esq.
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
(Counsel to Epstein Becker & Green PC)

Mark D. Bogard, Esq.
Jaburg & Wilk, PC
3200 N. Central Avenue
Phoenix, AZ 85012
(Counsel to Melvin Redman)

J. Christian Word
Latham & Watkins LLP
Two Freedom Square
11955 Freedom Drive, Suite 500

Reston, VA 20190-5651
(Counsel to Rebecca Parrett)

John A. Freedman
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004
(Counsel to Paul Tuft, Steve Dietlin, Erich Mounce,
Donna Talbot, Susan Engelhard)

George H. Krauss
1214 Howard St., #202
Omaha, NE 68102-2844