**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PAUL TUFT, MELVIN REDMAN, STEVE DIETLIN, ERICH MOUNCE, DONNA TALBOT, SUSAN ENGELHARD, REBECCA PARRET, GEORGE KRAUS, JOHN DOE, EPSTEIN BECKER & GREEN P.C. AND KUTAK ROCK LLP,<br><br>Defendants. | Civil No. 1:05-mc-00208-TFH<br>Chief Judge Thomas F. Hogan |

## NOTICE OF VOLUNTARY WITHDRAWAL OF KUTAK ROCK LLP'S MOTION TO WITHDRAW THE REFERENCE

**NOTICE IS HEREBY GIVEN** that Defendant Kutak Rock LLP voluntarily withdraws its Motion to Withdraw the Reference in the above-captioned case.

On March 10, 2005, Kutak Rock filed its Motion to Withdraw the Reference with the United States Bankruptcy Court for the District of Columbia in Adversary Proceeding No. 04-10459. On June 1, 2005, the United States Bankruptcy Court for the District of Columbia transmitted the Motion to Withdraw the Reference for this Court's consideration. This Court has not yet ruled on the motion. Since Kutak Rock filed the motion, the underlying case has progressed in the Bankruptcy Court: the Plaintiff has amended his complaint multiple times and the Bankruptcy Court has issued several orders, including a September 2006 opinion in which it dismissed several of the claims against Kutak Rock. In light of these events, Kutak Rock

respectfully notifies this Court that it is no longer pursuing, and is hereby voluntarily withdrawing, its pending Motion to Withdraw the Reference.

Dated: December 5, 2006

Respectfully submitted,

___/s/ Jeffrey A. Wadsworth_____
F. Joseph Warin, DC Bar No. 235978
Jeffrey A. Wadsworth, DC Bar No. 474027
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, District of Columbia  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for Kutak Rock LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2006, I caused to be served a true and correct copy of the foregoing Notice of Voluntary Withdrawal of Kutak Rock LLP's Motion to Withdraw the Reference by first-class mail upon:

Frank Vasquez
Jeffrey E. Schmitt
White & Case LLP
701 13th Street, N.W.
Washington, DC 20005
*Counsel for Plaintiff, Sam J. Alberts, Trustee for the DCHC Liquidating Trust*

Neil J. Dilloff
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209
*Counsel for Epstein, Becker & Green PC*

Daniel J. Carrigan
DLA Piper Rudnick Gray Cary US LLP
1200 19th St., NW
Washington, DC 20036
*Counsel for Epstein, Becker & Green PC*

J. Christian Word
Latham & Watkins LLP
Two Freedom Square
11955 Freedom Drive, Suite 500
Reston, VA 20190-3600
*Counsel for Rebecca Parrett and George Krauss*

John A. Freedman
Arnold and Porter LLP
555 12th Street, N.W.
Washington, DC 20004
*Counsel for Paul Tuft, Steve Dietlin, Erich Mounce, Donna Talbot, Susan Engelhard*

Térese M. Connerton
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., Suite 500
Washington, DC 20005-3324
*Counsel for Melvin Carl Redman*

                                                   /s/ Jeffrey A. Wadsworth
                                                      Jeffrey A. Wadsworth